Case 5:07-cv-01106-FJS-DEP   Document 13   Filed 11/07/07   Page 1 of 6
Case 5:07-cv-01106-FJS-DEP   Document 12   Filed 11/06/2007   Page 2 of 4
Nov 05 2007 4:04PM   Berg Law Office   315 476-0806   p.2

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LINERODE,<br><br>Defendant. | Case No. 5:07cv1106<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION |

Upon stipulation of Plaintiff W.L. Gore & Associates, Inc. ("Gore") and Defendant Susan Linerode ("Linerode") and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Linerode and her officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with her who receive actual notice of this Order by personal service or otherwise, are enjoined and restrained from:

(a) Until September 26, 2008, having any business dealings or contact with, and, directly or indirectly (including, but not limited to, dealing or communicating through, or providing information to, others), soliciting business from, accepting work from, providing quotes to, entering into agreements with, or providing medical products or services to the following customers (by whatever name they do business): Albany Medical Center, Albany, NY; St. Peter's Hospital, Albany, NY; Devon Bock, MD, VS; Benjamin Chang, MD, VS; Ralph (Clem) Darling, MD, VS; Bryan Kramer, MD, VS; Paul Kreienberg, MD, VS; Manish Mehta, MD, VS; Kathleen Ozsvath, MD, VS; Philip Paty, MD, VS; Sean Roddy, MD, VS; Dhiraj Shah, MD, VS; Paul Skudder, MD, VS; Yaron Sternbach, MD, VS; John Taggert, MD, VS; Park Ridge Hospital (Unity Health System), Rochester, NY; Rochester Gen'l Hospital, Rochester,

Case 5:07-cv-01106-FJS-DEP   Document 13   Filed 11/07/07   Page 2 of 6
Case 5:07-cv-01106-FJS-DEP   Document 12   Filed 11/06/2007   Page 3 of 4
Nov 05 2007 4:04PM   Berg Law Office          315 476-0806         p.3

1  NY; Univ of Rochester Hospital (Strong Memorial), Rochester, NY; Malur R. Balaji,
2  MD, VS; Robert Cohen, MD, VS; Ronen H. Jhirad, MD, VS; Audwin J. Pangilinan,
3  MD, VS; Thomas E. Penn, MD, VS; Toufic A. Rizk, MD, VS; Jerry J. Svoboda, MD,
4  VS; Mark G. Davies, MD, VS; Joseph P. Hart, MD, VS; Karl A. Illig, MD, VS;
5  Jeffrey M. Rhodes, MD, VS; Michael Singh, MD, VS; Kevin Geary, MD, VS;
6  Thomas E. Penn, MD, VS; Patrick N. Riggs, MD, VS (the "Customers"). If Linerode
7  is contacted by any Customer prior to September 26, 2008, Linerode shall not refer
8  the Customer to others, but only to Gore, and she shall inform the Customer that she
9  is prohibited from having any contact or other dealings with the Customer. Linerode
10 may solicit and have business dealings with any customers other than the Customers;
11 and

12      (b)   Disclosing, misappropriating, or using in any manner any of Gore's
13 confidential information or trade secrets; and

14      (c)   Disparaging or besmirching the reputation or character of Gore or any
15 of its employees, products, or services; and

16      (d)   Until September 26, 2008, soliciting, diverting, or hiring, or attempting
17 to solicit, divert, or hire away, any person employed by Gore, and encouraging or
18 inducing anyone to leave Gore's employ.

19      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Order
20 adjudicates all of the claims, rights, and liabilities of the parties in this action
21 regarding all the claims in Gore's Complaint and terminates this action, with each
22 party to bear her or its own costs and attorneys' fees. The Court retains continuing
23 jurisdiction of this case to enforce the terms of this Order. All case deadlines and
24 \\\\\
25 \\\\\
26 \\\\\

Case 5:07-cv-01106-FJS-DEP   Document 13   Filed 11/07/07   Page 3 of 6
Case 5:07-cv-01106-FJS-DEP   Document 12   Filed 11/06/2007   Page 4 of 4
Nov 05 2007 4:04PM   Berg Law Office   315 476-0806   p.4

1 | hearings currently set are hereby vacated as moot.
2 | **SO ORDERED** this **7th** day of **November**, 2007.

By: _____
Senin   U.S. District Court Judge

Entry of this Order is consented to:

_____
Abraham Y. Skoff, Esq.
MOSES & SINGER, LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Attorneys for Plaintiff

_____
Stefan D. Berg, Esq.
Berg Law Office
309 Arnold Avenue
Syracuse, New York 13210
Attorneys for Defendant

_____
Susan Linerode
Defendant

3

Case 5:07-cv-01106-FJS-DEP   Document 13   Filed 11/07/07   Page 4 of 6
Case 5:07-cv-01106-FJS-DEP   Document 12   Filed 11/06/2007   Page 2 of 4
Nov 05 2007 4:04PM  Berg Law Office                315 476-0806                p.2

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| W.L. GORE & ASSOCIATES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LINERODE,<br><br>Defendant. | Case No. 5:07cv1106<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION |

Upon stipulation of Plaintiff W.L. Gore & Associates, Inc. ("Gore") and Defendant Susan Linerode ("Linerode") and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Linerode and her officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with her who receive actual notice of this Order by personal service or otherwise, are enjoined and restrained from:

(a) Until September 26, 2008, having any business dealings or contact with, and, directly or indirectly (including, but not limited to, dealing or communicating through, or providing information to, others), soliciting business from, accepting work from, providing quotes to, entering into agreements with, or providing medical products or services to the following customers (by whatever name they do business): Albany Medical Center, Albany, NY; St. Peter's Hospital, Albany, NY; Devon Bock, MD, VS; Benjamin Chang, MD, VS; Ralph (Clem) Darling, MD, VS; Bryan Kramer, MD, VS; Paul Kreienberg, MD, VS; Manish Mehta, MD, VS; Kathleen Ozsvath, MD, VS; Philip Paty, MD, VS; Sean Roddy, MD, VS; Dhiraj Shah, MD, VS; Paul Skudder, MD, VS; Yaron Sternbach, MD, VS; John Taggert, MD, VS; Park Ridge Hospital (Unity Health System), Rochester, NY; Rochester Gen'l Hospital, Rochester,

Case 5:07-cv-01106-FJS-DEP   Document 13   Filed 11/07/07   Page 5 of 6
Case 5:07-cv-01106-FJS-DEP   Document 12   Filed 11/06/2007   Page 3 of 4
Nov 05 2007 4:04PM   Berg Law Office                315 476-0806                    p.3

1  NY; Univ of Rochester Hospital (Strong Memorial), Rochester, NY; Malur R. Balaji,
2  MD, VS; Robert Cohen, MD, VS; Ronen H. Jhirad, MD, VS; Audwin J. Pangilinan,
3  MD, VS; Thomas E. Penn, MD, VS; Toufic A. Rizk, MD, VS; Jerry J. Svoboda, MD,
4  VS; Mark G. Davies, MD, VS; Joseph P. Hart, MD, VS; Karl A. Illig, MD, VS;
5  Jeffrey M. Rhodes, MD, VS; Michael Singh, MD, VS; Kevin Geary, MD, VS;
6  Thomas E. Penn, MD, VS; Patrick N. Riggs, MD, VS (the "Customers"). If Linerode
7  is contacted by any Customer prior to September 26, 2008, Linerode shall not refer
8  the Customer to others, but only to Gore, and she shall inform the Customer that she
9  is prohibited from having any contact or other dealings with the Customer. Linerode
10 may solicit and have business dealings with any customers other than the Customers;
11 and
12       (b)    Disclosing, misappropriating, or using in any manner any of Gore's
13 confidential information or trade secrets; and
14       (c)    Disparaging or besmirching the reputation or character of Gore or any
15 of its employees, products, or services; and
16       (d)    Until September 26, 2008, soliciting, diverting, or hiring, or attempting
17 to solicit, divert, or hire away, any person employed by Gore, and encouraging or
18 inducing anyone to leave Gore's employ.
19       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Order
20 adjudicates all of the claims, rights, and liabilities of the parties in this action
21 regarding all the claims in Gore's Complaint and terminates this action, with each
22 party to bear her or its own costs and attorneys' fees. The Court retains continuing
23 jurisdiction of this case to enforce the terms of this Order. All case deadlines and
24 \\\\\
25 \\\\\
26 \\\\\

Case 5:07-cv-01106-FJS-DEP   Document 13   Filed 11/07/07   Page 6 of 6
Case 5:07-cv-01106-FJS-DEP   Document 12   Filed 11/06/2007   Page 4 of 4
Nov 05 2007 4:04PM   Berg Law Office       315 476-0806       p.4

1  hearings currently set are hereby vacated as moot. and the Clerk shall close this case

2  **SO ORDERED** this 7th day of November, 2007.

3

4
                                                By: _____
5                                               Senin  U.S. District Court Judge

6  Entry of this Order is consented to:

7

8  _____

9  Abraham Y. Skoff, Esq.
   MOSES & SINGER, LLP
10 The Chrysler Building
   405 Lexington Avenue
11 New York, New York 10174-1299
12 Attorneys for Plaintiff

13

14

15 _____
   Stefan D. Berg, Esq.
16 Berg Law Office
   309 Arnold Avenue
17 Syracuse, New York 13210
18 Attorneys for Defendant

19

20 _____
21 Susan Linerode
22 Defendant

23

24

25

26

3